UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-cv-00002-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, | ) | |
| Defendant. | ) | |

**ORDER GRANTING PERMANENT INJUNCTION**

Today, the court concluded that Ordinance No. 2025-14, Ordinance No. 2026-01, and Ordinance No. 2026-__ (enacted in March 2026), enacted by Defendant, the City of Loogootee, Indiana, are unconstitutional under the First Amendment. The court now issues this permanent injunction. It is hereby **ORDERED** that:

- Defendant is permanently **ENJOINED** from enforcing Ordinance No. 2025-14, Ordinance No. 2026-01, and Ordinance No. 2026-__ (enacted in March 2026).

- Defendant shall allow PrideFest 2026 to take place on September 5, 2026, from 10:00 a.m. to 7:00 p.m. in and around the Public Square in downtown Loogootee (framed by U.S. 231, Public Square Street, N. Line Street, and E. Main Street). The following roads shall be closed for the duration of the event, as requested by Patoka Valley: Public Street Square (from U.S. 231 to N. Line Street), N. Line Street (from U.S. 231 to Wood Street), and E. Main Street (from U.S. 231 to N.E. 1st Street).

**IT IS SO ORDERED** this 31st day of August 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribute Electronically to Registered Counsel of Record.