UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-cv-00002-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Today, the court ruled in favor of Plaintiff and against Defendant on Plaintiff's First Amendment claim. As no claims remain for resolution, the court now enters final judgment.

**IT IS SO ORDERED** this 31st day of August 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: ______________________
Deputy Clerk, U.S. District Court

Distribute Electronically to Registered Counsel of Record.