UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., Plaintiff, | ) | |
| v. | ) | No. 3:26-cv-00002-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, Defendant. | ) | |

**Entry on Telephonic Conference of September 3, 2026**

**Before the Honorable Richard L. Young, Judge**

Parties appeared telephonically, Plaintiff by Ken Faulk and Joshua Bleisch; defendant by Travis Montgomery and Loogootee Town Counsel Steven Teverbaugh.

The Defendant's Emergency Motion to Modify Court's Order Granting Permanent Injunction was discussed. The motion is DENIED.

Date: 9/03/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record