UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:26-cv-00002-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, | ) | |
| Defendant. | ) | |

**STATEMENT OF ISSUES ON APPEAL**

Under Federal Rule of Appellate Procedure 10(b)(3)(A), Defendant City of Loogootee, Indiana, identifies the following issues for appeal:

1. Whether the district court erred in holding that the City's prohibition on special events within 240 feet of the Public Square fountain is not narrowly tailored to serve the City's significant governmental interests.
2. Whether the district court erred in holding that the challenged permit provisions grant unbridled discretion or lack adequate procedural safeguards, including limits on decision time, an explanation of denials, and meaningful review.
3. Whether the district court erred under Indiana severability law by invalidating the challenged ordinances in their entirety rather than severing any unconstitutional provisions and preserving the remaining provisions.
4. Whether the district court erred in the scope of the permanent injunction and the relief ordered under the First Amendment.

No transcript will be ordered. The district court decided the merits on the written record. Dkt. 43 at 1–2. The City will rely on the deposition testimony, declarations, exhibits, and other materials filed in the district court.

Respectfully submitted,

/s/ *Joshua Claybourn*

Joshua Claybourn, Atty No. 26305-49
SHILOH COUNSEL LLC
P.O. Box 5093
Evansville, Indiana 47716
Telephone: (812) 480-6224
Email: jclaybourn@shilohcounsel.com

Grant E. Swartzentruber, Atty No. 29792-14
SWARTZENTRUBER LAW
412 E. Flora St., Suite 1
Washington, Indiana 47501
Telephone: (812) 254-7268
Email: grant@swartzentruberlaw.com

*Counsel for Defendant City of Loogootee*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of the filing to all counsel of record.

/s/ Joshua Claybourn